**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JOELAUNDA CASTILLANOS, INDIVIDUALLY** | § | |
| **And AS NEXT FRIEND OF J.C. and J.C.** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 4:22-cv-1442** |
| | § | |
| **CITY OF HOUSTON** | § | |
| **NAHUEL FAIURA, TODD HENSON** | § | |
| **MICHAEL MACUGA** | § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § | |
| | § | |

### MOTION TO REINSTATE

COMES NOW, Joelaunda Castillanos, Individually and as Next Friend of J.C. and J.C., Plaintiff in the above-numbered cause, and files this *Motion to Reinstate*. In support of Plaintiff's Response, Plaintiff would show as follows:

I.

Plaintiff asks this Court to Reinstate this case so that the settlement of the parties can be fully consummated. On June 14, 2023, the Court dismissed the case on the merits, without prejudice to the right of counsel to move for reinstatement within 60 days on presentation of adequate proof that the settlement could not be consummated. Defendant did not send Plaintiff the Settlement, Release, and Indemnity Agreement until Friday August 4, 2023. Plaintiff executed the agreement on Monday, August 7, 2023, and e-mailed the fully executed, notarized, document to the Defendant's counsel on August 7, 2023. The Defendant's counsel e-mailed on August 9, 2023, that it could not issue the check based on the scanned, e-mailed copy and that it required the original copy in order for a check to be issued. The Original copy was sent via regular mail that same day, August 9, 2023.

As of today, August 11, 2023, Plaintiff has not received payment per the Settlement, Release, and Indemnity Agreement. Therefore, the settlement has not been fully consummated and the Plaintiff ask the Court to Reinstate this case until the settlement agreement is consummated.

II.

Plaintiff asks that the Court GRANT this motion and for any and all forms of relief whether in equity or at law.

Respectfully submitted,

By: _Tanika J. Solomon_
Tanika J. Solomon
Texas Bar No. 24057713
Email:  attorney@tjsololaw.com
2120 Welch Street
Houston, Texas 77019
Tel. (713) 640-5956
Fax. (713) 640-5944
Attorney for Joelaunda Castillanos

## CETRIFICATE OF CONFERENCE

I certify that on August 14, 2023, my office attempted to confer with Defendant on filing Plaintiff's Motion to Reinstate and was unable to get a response from Counsel prior to filing this motion. It is assumed the Motion is opposed.

_Tanika J. Solomon_
Tanika J. Solomon

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 14th day of August 2023, I electronically served a copy of *Plaintiff's Motion to Reinstate*, and this document has been served on all parties or their attorney(s) of record—who are listed below—through the electronic filing system-in accordance with Fed. R. Civ. P. 5(b) as follows:

**Attorney(s) for Defendant**
Christy L. Martin
City of Houston Legal Department
900 Bagby, 4th Floor
Houston, Texas 77002

Tanika J. Solomon